**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

<table>
<tr>
<td>

**IN RE CLASS ACTION SETTLEMENT
ADMINISTRATION LITIGATION**


**This document relates to: ALL CASES**

</td>
<td>

**Misc. A. No. 25-179 (JDB)**

**MDL No. 3162**

</td>
</tr>
</table>

## ORDER

Upon consideration of the parties' submissions to the Court regarding leadership appointments and the interviews of Christopher Seeger and David Boies that the Court conducted on April 8, 2026, it is hereby **ORDERED** that the following leadership appointments are made:

- **Plaintiffs' Lead Counsel**: Christopher Seeger

- **Plaintiffs' Executive Committee**:

    o  **Chair**: David Boies

    o  **Members**: Bryan Aylstock, Kiley Grombacher, Eric Lechtzin, and David Stone

- **Plaintiffs' Leadership Development Committee**: Brooke Alexander, Alison Anderson, Robert Garcia, and Darla Persall

- **Defendants' Liaison Counsel**: Albinas Prizgintas

Plaintiffs' Lead Counsel and Executive Committee shall have the responsibilities and authorities contemplated by plaintiffs in the initial management report.  See Joint Initial Management Report 4-6, Dkt. 73.  The Leadership Development Committee shall have such responsibilities and authorities as may be delegated by the Executive Committee.

1

2

Any attorneys not selected for the Executive Committee who wish to be appointed to the Leadership Development Committee may contact chambers expressing that desire.

The Court will review leadership appointments periodically and will not appoint interim class counsel at this time but may do so at a later date as the case develops.

The Court thanks the various counsel for their submissions and notes the exceptional quality of the applicants.

**SO ORDERED**.

_____/s/_____
JOHN D. BATES
United States District Judge

Date: April 9, 2026