**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **IN RE CLASS ACTION SETTLEMENT ADMINISTRATION LITIGATION** | **Misc. Action No. 25-179 (JDB); MDL Docket No. 3162** |
| **This Document Relates To: ALL CASES** |  |

## [PROPOSED] INITIAL CASE MANAGEMENT ORDER NO. 1

Pursuant to the Court's Initial Procedure Order No. 1 (ECF 8) and the Court's directives at the Initial Management Conference held on March 27, 2026 (ECF 103), the Parties jointly agree and request that the Court hereby Order as follows:

## I.    Consolidated Master Complaint and Schedule for Defendants' Motions to Dismiss

The Parties have agreed to the following schedule for Plaintiffs to file their Consolidated Complaint and for the Defendants to file Motions to Dismiss.

| Filing | Deadline |
|---|---|
| Consolidated Master Complaint | **May 18, 2026** |
| Defendants' Motions to Dismiss | **July 17, 2026** (60 days after Consolidated Complaint) |
| Plaintiffs' Oppositions to Defendants' Motions to Dismiss / Plaintiffs' Deadline to File an Amended Consolidated Complaint | **September 15, 2026** (60 days after Defendants' Motions to Dismiss) |
| Defendants' Replies in Support of Motions to Dismiss | **October 30, 2026** (45 days after Plaintiffs' Oppositions) |

If Plaintiffs decide to file an Amended Consolidated Complaint, rather than an Opposition to Defendants' Motions to Dismiss, the parties will meet and confer within 14 days

after Plaintiffs file the Amended Complaint to agree upon a new proposed motion to dismiss briefing schedule to submit for the Court's consideration.

Consistent with the Parties' agreement and the Court's directive at the Initial Management Conference, the Consolidated Master Complaint will be a superseding and legally operative Complaint.

## II.      Early Discovery While Motion-To-Dismiss Briefing Proceeds

Consistent with the Court's directives at the Initial Management Conference, the discovery that may occur while motion-to-dismiss briefing proceeds and before the Court's decision on Defendants' motions to dismiss Plaintiffs' Consolidated Complaint, including any Amended Consolidated Complaint ("Early Discovery"), will be limited to class action settlements that (1) are expressly identified by case name or case number in the complaints filed in the 12 underlying consolidated actions as of March 27, 2026, and (2) were closed as of March 27, 2026.  For purposes of this limitation on Early Discovery, the Parties disagree on how to define settlements "closed" as of March 27, 2026 and would appreciate the Court's guidance on this issue. Should the Court wish to receive additional briefing or oral argument on this issue, the Parties stand ready to do so at the Court's convenience.

Defendants reserve other objections regarding Plaintiffs' Early Discovery requests, including but not limited to with respect to any settlement in which no plaintiff named in the Consolidated Complaint is alleged to have participated.  Plaintiffs reserve their rights to challenge any such objections.  Early Discovery shall be further subject to all other substantive limitations directed by the Court at the Initial Management Conference.

Early Discovery shall be limited to interrogatories under Federal Rule of Civil Procedure 33, requests for production under Federal Rule of Civil Procedure 34, and written responses and productions of documents in response to those discovery requests.  Early Discovery shall exclude

2

depositions, requests for admission, or other forms of discovery.  Subject to Federal Rule of Civil

Procedure 45, the Parties may seek discovery from third parties regarding only the class action

settlements that (1) are expressly identified by case name or case number in the complaints filed

in the 12 underlying consolidated actions as of March 27, 2026, and (2) were "closed" as of

March 27, 2026.

Early Discovery shall be served no earlier than May 1, 2026, with the tentative goal,

subject to the Parties' review of the forthcoming discovery requests, of completing such Early

Discovery among the Parties by August 1, 2026.

## III.    Discovery Schedule

The Parties agree to the following initial deadlines for discovery for the Court's review

and approval.

| Item | Deadline |
|---|---|
| Deadline for the Parties to file proposed Protective Order, proposed ESI Protocol, and proposed Fed. R. Evid. 502(d) Order, if any<br><br>The Parties shall meet and confer and endeavor to submit joint proposed orders. If the Parties are unable to reach agreement on any such order, they shall file a joint submission setting forth each Party's proposed language and a brief statement of each Party's position with respect to any disputed provisions | **June 15, 2026** |
| Deadline for Parties to serve Initial Disclosures | **June 15, 2026** |
| Deadline for the Parties to complete Rule 26(f) Conferences | **June 30, 2026** |
| Deadline for Parties to submit Rule 26(f) Report and Discovery Plan | **July 31, 2026** |

The Parties agree that the Court need not address the remainder of any case schedule at this time.

## IV.    Future Case Management Conferences

The Parties respectfully request that the Court schedule a Case Management Conference the week of July 27th on a day and at a time convenient for the Court.  The purpose of the Case Management Conference will be to address any outstanding issues or disputes regarding Early Discovery, Initial Disclosures, the proposed Orders, and the Parties' Rule 26(f) Report and Discovery Plan.  At that time, the Court and the Parties can address the need for and value of scheduling additional or regular Case Management Conferences.  If the Parties do not anticipate any need for a Case Management Conference during the week of July 27, they shall file a joint letter notifying the Court of that view by no later than July 20.

## V.    Protocols for Plaintiffs' Counsel Common Benefit Work and Expenses

Plaintiffs propose submitting a proposed Common Benefit Case Management Order for the Court's consideration, which would provide standards and procedures for the fair and equitable sharing among plaintiffs, and their counsel, of the burden of services performed and expenses incurred by attorneys acting for the common benefit for all plaintiffs in this complex, multi-district litigation, including reasonable and necessary litigation expenses provided by third party vendors ("Protocols for Plaintiffs' Counsel Common Benefit Work and Expenses") for the Court's review and approval. The proposed Order would further contemplate that, in consultation with Lead Counsel, the Court may, in its discretion, establish a Common Benefit Committee to oversee the administration of common benefit work and expenses. In addition, consistent with Fed. R. Civ. P. 53 and this Court's inherent authority, the Court may consider appointing a third-party Special Master to assist in the fair and efficient management and allocation of the common benefit fund for this litigation. Plaintiffs respectfully request that the Court grant leave to submit

a proposed Common Benefit Case Management Order, including any ancillary mechanisms the

Court may deem appropriate, for the Court's subsequent review and consideration.

SO ORDERED this _____ day of _____, 2026.

_____
THE HONORABLE JOHN D. BATES
UNITED STATES DISTRICT JUDGE

Dated: April 24, 2026

|  |  |
|---|---|
| ***Counsel for Plaintiffs*** | ***Counsel for Defendants*** |

Christopher A. Seeger
Shauna B. Itri
Benjamin Barnett
Daniel Marcet
**SEEGER WEISS LLP**
55 Challenger Road 6th Floor
Ridgefield Park, NJ 07660
(973) 639-9100
Email: cseeger@seegerweiss.com
      sitri@seegerweiss.com

*Plaintiffs' Lead Counsel*

David Boies
**BOIES SCHILLER & FLEXNER LLP**
333 Main Street
Armonk, NY 10504
914-749-8201
Email: dboies@bsfllp.com

Bryan F. Aylstock
**AYLSTOCK, WITKIN, KREIS &
OVERHOLTZ**
17 E. Main St
Ste 200
Pensacola, FL 32502
850-202-1010
Email: baylstock@awkolaw.com

Kiley Grombacher
**BRADLEY/GROMBACHER, LLP**
31365 Oak Crest Drive,
Suite 240
Westlake Village, CA 91361
805-270-7100
Email:
kgrombacher@bradleygrombacher.com

Eric Lechtzin
**EDELSON LECHTZIN LLP**
411 S. State Street
Suite N-300

Albinas J. Prizgintas
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
2100 Pennsylvania Avenue, NW
Washington, DC 20037
202-663-6719
Email: albinas.prizgintas@wilmerhale.com

Sonal N. Mehta
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
2600 El Camino Real
Suite 400
Palo Alto, CA 94306
650-600-5051
Email: Sonal.Mehta@wilmerhale.com

Olivia P. Greene
Denis R. Hurley
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
212-230-8800
Email: olivia.greene@wilmerhale.com
denis.hurley@wilmerhale.com

*Counsel for Defendant Epiq Systems, Inc.*

J. Gordon Cooney, Jr.
Franco A. Corrado
William T. McEnroe
Matthew D. Klayman
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, PA 19103-3007
215-963-5000
Email: gordon.cooney@morganlewis.com
franco.corrado@morganlewis.com
william.mcenroe@morganlewis.com

Newtown, PA 18940
(888) 758-5595
Email: elechtzin@edelson-law.com

David S. Stone
**STONE & MAGNANINI LLP**
400 Connell Drive,
Suite 6200
Berkeley Heights, NJ 07922
(973) 218-1111
Email: dstone@smcomplex.com

*Plaintiffs' Executive Committee*

matthew.klayman@morganlewis.com


Randall M. Levine
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
202-373-6541
Email: randall.levine@morganlewis.com

*Counsel for Defendant Angeion Group LLC*


David J. Weiner
Robert J. Katerberg
Sonia Kuester Pfaffenroth
**ARNOLD & PORTER KAYE SCHOLER
LLP**
601 Massachusetts Ave, NW
Washington, DC 20001
202-942-5000
Email: david.weiner@arnoldporter.com
robert.katerberg@arnoldporter.com
sonia.pfaffenroth@arnoldporter.com

Eskandar Alex Beroukhim
**ARNOLD & PORTER KAYE SCHOLER
LLP**
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017-5844
213-243-4059
Email: Alex.Beroukhim@arnoldporter.com

*Counsel for Defendant JND Legal
Administration*


David J. Lender
Gregory Silbert
**WEIL, GOTSHAL & MANGES, LLP**
767 Fifth Avenue
New York, NY 10153-0119
212-833-8153
Email: david.lender@weil.com
greg.silbert@weil.com

7

*Counsel for Defendant Blackhawk Network Holdings, Inc.*


Jess M. Krannich
John A. Pearce
Paul J. Sampson
W. Bradford Barber
Rebecca J. Nelson
**WILSON SONSINI GOODRICH &
ROSATI, Professional Corporation**
95 South State Street, Suite 100
Salt Lake City, Utah 84111
Telephone: (801) 401-8510
Facsimile: (866) 974-7329
JKrannich@wsgr.com
JPearce@wsgr.com
PSampson@wsgr.com
BBarber@wsgr.com
RNelson@wsgr.com

*Counsel for Defendant Tremendous LLC*


Brendan P. Cullen
Kyle W. Mach
Paul H. Lazarow
**SULLIVAN & CROMWELL LLP**
550 Hamilton Avenue
Palo Alto, CA 94301-2010
650-461-5600
Email: cullenb@sullcrom.com
machk@sullcrom.com
lazarowp@sullcrom.com

*Counsel for Defendants Digital Settlement
Technologies LLC and Western Alliance Bank*



Jeffrey L Kessler
George E. Mastoris
**WINSTON & STRAWN LLP**
200 Park Avenue

8

New York, NY 10166-4103
212-294-4698
Email: jkessler@winston.com
gmastoris@winston.com

Amanda L. Groves
**WINSTON & STRAWN LLP**
333 S. Grand Avenue
Los Angeles, CA 90071
213-615-1851
Email: agroves@winston.com

*Counsel for Defendant Huntington National Bank*

Scott M. Ahmad
Reid F. Smith
**WINSTON & STRAWN LLP**
300 N. LaSalle Drive, Suite 4400
Chicago, IL 60654
312-558-3197
Email: sahmad@winston.com
rfsmith@winston.com

*Counsel for Defendant Kroll Settlement Administration LLC*

Andrew B. Kratenstein
Emily T. Chen
**MCDERMOTT WILL & SCHULTE LLP**
One Vanderbilt Avenue
New York, NY 10017
Tel: (212) 547-5400
Email: akratenstein@mcdermottlaw.com
echen@mcdermottlaw.com

*Counsel for Defendant Simpluris, Inc.*

Thomas P. Scrivo
Young Yu
Michael A. Botti

**O'TOOLE SCRIVO, LLC**

9

14 Village Park Road
Cedar Grove, NJ 07009
Tel: (973) 239-5700
Email: tscrivo@oslaw.com
yyu@oslaw.com
mbotti@oslaw.com

*Counsel for Defendant Archer Systems LLC*

Mike Bonanno
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
295 Fifth Avenue, 9th Floor
New York, NY 10016
Tel: (212) 849-7000
Email: mikebonanno@quinnemanuel.com

*Counsel for Defendant Verita*

Stephanie Imbornone
Ronald Giller
**GORDON REES SCULLY
MANSUKHANI, LLP**
One Battery Park Plaza, 28th Floor
New York, NY 10004
Tel: (212) 269-5500
Email: simbornone@grsm.com
rgiller@grsm.com

*Counsel for Defendant CPT Group*