**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE CLASS ACTION SETTLEMENT ADMINISTRATION LITIGATION** <br><br><br> **This Document Relates To:** <br>    *Coughlan, et al., v. Angeion Group LLC, et al.* <br>    **Case No. 2:26-cv-00926 (D.N.J.)** | **Misc. Action No. 25-179 (JDB); MDL Docket No. 3162** |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED R. CIV. P. 41(a)(1)(A)(i)

Plaintiffs, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice of the voluntary dismissal of the above-captioned action without prejudice against Defendants: Verita Global, LLC; Archer Systems, LLC; Verus, LLC; CPT Group, Inc.; and Simpluris, Inc (the "Dismissed Defendants").

Rule 41(a)(1)(A)(i) provides that a plaintiff may voluntarily dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  As of the date of this filing, no defendant has served an answer or a motion for summary judgment in the above-captioned matter.  Accordingly, this voluntary dismissal is effective upon filing without further order of this Court. This dismissal is without prejudice pursuant to Rule 41(a)(1)(B).  Plaintiff expressly reserves all rights, claims, and defenses.

Dated: May 18, 2026

*Counsel for Plaintiffs*

/s/ *Christopher A. Seeger*
Christopher A. Seeger
Shauna B. Itri
SEEGER WEISS LLP
55 Challenger Road 6th Floor
Ridgefield Park, NJ 07660
(973) 639-9100
cseeger@seegerweiss.com
sitri@seegerweiss.com

*Plaintiffs' Lead Counsel*

David Boies
Adam Shaw
BOIES SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
914-749-8201
dboies@bsfllp.com
ashaw@bsfllp.com

Bryan F. Aylstock
AYLSTOCK, WITKIN, KREIS &
OVERHOLTZ
17 E. Main St, Ste 200
Pensacola, FL 32502
850-202-1010
baylstock@awkolaw.com

Kiley Grombacher
BRADLEY/GROMBACHER, LLP
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
805-270-7100
kgrombacher@bradleygrombacher.com

Eric Lechtzin
EDELSON LECHTZIN LLP
411 S. State Street
Suite N-300
Newtown, PA 18940
(888) 758-5595
elechtzin@edelson-law.com

David S. Stone
STONE & MAGNANINI LLP
400 Connell Drive,
Suite 6200
Berkeley Heights, NJ 07922
(973) 218-1111
dstone@smcomplex.com

*Plaintiffs' Executive Committee*

## CERTIFICATE OF SERVICE

I, Shauna B. Itri, hereby certify that on May 18, 2026, a true and correct copy of the

foregoing document was electronically filed using the Court's CM/ECF System, which will send

notification of such filing to all counsel of record.

/s/ *Shauna B. Itri*
Shauna B. Itri