**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **IN RE CLASS ACTION SETTLEMENT ADMINISTRATION LITIGATION**<br><br>**This Document Relates To:**<br>**ALL CASES** | **Misc. Action No. 25-00179 (JDB)**<br>**MDL Docket No. 3162** |

### FINTECH DEFENDANTS' MOTION TO DISMISS

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Blackhawk Network Holdings, Inc., Tremendous, LLC, and Digital Settlement Technologies LLC (collectively, "Fintech Defendants") respectfully move to dismiss this case in its entirety, with prejudice. As explained in the accompanying memorandum of points and authorities, dismissal is warranted because the Amended Consolidated Complaint fails to state a claim upon which relief can be granted and satisfy the pleading requirements of Federal Rules of Civil Procedure 8 and 9(b), and Plaintiffs lack Article III standing. Fintech Defendants respectfully request an oral hearing on this motion pursuant to this Court's Local Civil Rule 7(f).

Date: July 17, 2026

*/s/ David J. Lender*

David J. Lender
Gregory Silbert
Joseph R. Rausch
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
David.Lender@weil.com
Greg.Silbert@weil.com
Joe.Rausch@weil.com

*Counsel for Defendant Blackhawk Network Holdings, Inc.*

*/s/ John A. Pearce*

Jess M. Krannich
John A. Pearce
Paul J. Sampson
Rebecca J. Nelson
W. Bradford Barber
WILSON SONSINI GOODRICH & ROSATI
95 S State Street, Suite 1000
Salt Lake City, Utah 84111
Telephone: (801) 401-8510
Facsimile: (866) 974-7329
jkrannich@wsgr.com
jpearce@wsgr.com
psampson@wsgr.com
rnelson@wsgr.com
bbarber@wsgr.com

*Counsel for Defendant Tremendous, LLC*

2

/s/ *Brendan P. Cullen*
Brendan P. Cullen
(cullenb@sullcrom.com)
Kyle W. Mach
(machk@sullcrom.com)
Paul H. Lazarow
(lazarowp@sullcrom.com)
**SULLIVAN & CROMWELL LLP**
550 Hamilton Avenue
Palo Alto, California 94301
Telephone:    (650) 461-5600
Facsimile:    (650) 461-5700

*Counsel for Defendant Digital Settlement Technologies LLC*