## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE CLASS ACTION SETTLEMENT ADMINISTRATION LITIGATION<br><br>This Document Relates To:<br>ALL CASES | Misc. Action No. 25-00179 (JDB)<br>MDL Docket No. 3162 |

### DECLARATION OF PAUL H. LAZAROW IN SUPPORT OF FINTECH DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT

I, Paul H. Lazarow, declare as follows:

1.  I am an attorney admitted to practice in the State of California and the Northern District of California.  I am an associate at Sullivan & Cromwell LLP, and I represent Defendant Digital Settlement Technologies LLC ("Digital Disbursements").  I filed a Notice of Appearance with this Court on January 14, 2026, Dkt. 24, pursuant to Initial Procedure Order No. 1 ¶ 17, Dkt. 8.  I have personal knowledge of the facts stated in this declaration and I can testify competently to them if called upon to do so.

2.  Attached hereto as **Exhibit 1** is a true and correct copy of the Statement of Information for Digital Settlement Technologies LLC, filed with the California Secretary of State on May 3, 2023, available through a search on the California Secretary of State's website at https://bizfileonline.sos.ca.gov/search/business.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 17th day of July, 2026.

_Paul H. Lazarow_
Paul H. Lazarow