# Exhibit 1

BA20230732516



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION
LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| :---: |
| **-FILED-** |
| File No.: BA20230732516 |
| Date Filed: 5/3/2023 |

| Entity Details | |
| --- | --- |
| Limited Liability Company Name | DIGITAL SETTLEMENT TECHNOLOGIES LLC |
| Entity No. | 201915710140 |
| Formed In | DELAWARE |

| Street Address of Principal Office of LLC | |
| --- | --- |
| Principal Address | 1 E. WASHINGTON STREET, SUITE 1400 PHOENIX, AZ 85004 |

| Mailing Address of LLC | |
| --- | --- |
| Mailing Address | 1 E. WASHINGTON STREET, SUITE 1400 PHOENIX, AZ 85004 |
| Attention | |

| Street Address of California Office of LLC | |
| --- | --- |
| Street Address of California Office | None |

**Manager(s) or Member(s)**

| Manager or Member Name | Manager or Member Address |
| --- | --- |
| ▪ James Healy | 1 E. WASHINGTON STREET, SUITE 1400 PHOENIX, AZ 85004 |

| Agent for Service of Process | |
| --- | --- |
| California Registered Corporate Agent (1505) | UNITED AGENT GROUP INC. Registered Corporate 1505 Agent |

| Type of Business | |
| --- | --- |
| Type of Business | DIGITAL PAYMENT SYSTEMS |

| Email Notifications | |
| --- | --- |
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

**Chief Executive Officer (CEO)**

| CEO Name | CEO Address |
| --- | --- |
| ＋ Jeff Richardson | 1 E. WASHINGTON STREET, SUITE 1400 PHOENIX, AZ 85004 |

**Labor Judgment**

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

**Electronic Signature**

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*Ana Duteau, Special Manager*                                    *05/03/2023*
_____                          _____
Signature                                                                 Date

B1725-3308 05/03/2023 2:55 PM Received by California Secretary of State