**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

<table>
<tr><td>

**IN RE CLASS ACTION SETTLEMENT ADMINISTRATION LITIGATION**


**This Document Relates To:**
**ALL CASES**

</td><td>

**Misc. Action No. 25-00179 (JDB)**
**MDL Docket No. 3162**

</td></tr>
</table>

**[PROPOSED] ORDER**

Upon consideration of the FinTech Defendants' Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint filed by Defendants Blackhawk Network Holdings, Inc., Tremendous, LLC, and Digital Settlement Technologies LLC, and the memorandum of points and authorities, the opposition and reply papers, and other materials filed by the parties with respect thereto, it is hereby ORDERED that the Motion to Dismiss is **GRANTED**; and it is further ORDERED that all claims asserted against Defendants Blackhawk Network Holdings, Inc., Tremendous, LLC, and Digital Settlement Technologies LLC, in the Consolidated Class Action Complaint are DISMISSED WITH PREJUDICE pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

  **SO ORDERED.**

Date: _____    _____
                  The Hon. John D. Bates
                  United States District Judge

1