**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE CLASS ACTION SETTLEMENT ADMINISTRATION LITIGATION** | **Misc. Action No. 25-179 (JDB); MDL Docket No. 3162** |
| **This Document Relates To: ALL CASES** | |

## <u>ADMINISTRATOR DEFENDANTS' CONSOLIDATED MOTION TO DISMISS</u>

Under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants Angeion Group LLC, Epiq Class Action & Claims Solutions, Inc., Epiq Systems, Inc., Kroll Settlement Administration LLC, Kroll, LLC, and JND Legal Administration (together, "Administrator Defendants") move to dismiss Plaintiffs' consolidated class action complaint (Dkt.123) with prejudice. The grounds for this motion are set forth in the accompanying memorandum. Administrator Defendants respectfully request oral argument. A proposed order is included.

Dated: July 17, 2026

Respectfully submitted,

*/s/ J. Gordon Cooney, Jr.*

J. Gordon Cooney, Jr.
Franco A. Corrado
William T. McEnroe
Matthew D. Klayman
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103
Telephone: 215-963-5000
gordon.cooney@morganlewis.com
franco.corrado@morganlewis.com
william.mcenroe@morganlewis.com
matthew.klayman@morganlewis.com

Randall M. Levine
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202-373-6541
randall.levine@morganlewis.com

*Attorneys for Defendant Angeion Group LLC*

*/s/ David J. Weiner*

David J. Weiner
Robert J. Katerberg
Sonia Kuester Pfaffenroth
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001
Telephone: 202-942-5000
david.weiner@arnoldporter.com
robert.katerberg@arnoldporter.com
sonia.pfaffenroth@arnoldporter.com

Eskander Alex Beroukhim
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017-5844
Telephone: 213-243-4059
Alex.Beroukhim@arnoldporter.com

*Attorneys for Defendant JND Legal Administration*

*/s/ Albinas Prizgintas*

Albinas Prizgintas (DC Bar No. 1006955)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 663-6000
albinas.prizgintas@wilmerhale.com

Sonal Mehta
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real
Suite 400
Palo Alto, CA 94306
(650) 858-6000
sonal.mehta@wilmerhale.com

Denis Hurley
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
denis.hurley@wilmerhale.com

*Attorneys for Defendant Epiq Systems, Inc. & Epiq Class Action & Claims Solutions, Inc.*

*/s/ Scott M. Ahmad*

Scott M. Ahmad
Reid F. Smith
WINSTON TAYLOR LLP
300 N. LaSalle Dr.
Chicago, IL 60654-3406
Telephone: 312-558-5600
scott.ahmad@winstontaylor.com
reid.smith@winstontaylor.com

*Attorneys for Kroll Settlement Administration LLC and Kroll, LLC*