**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE CLASS ACTION SETTLEMENT ADMINISTRATION LITIGATION** | **Misc. Action No. 25-179 (JDB); MDL Docket No. 3162** |
| **This Document Relates To: ALL CASES** | |

## [PROPOSED] ORDER

Upon consideration of Defendants Angeion Group LLC, Epiq Class Action & Claims Solutions, Inc., Epiq Systems, Inc., Kroll Settlement Administration LLC, Kroll, LLC, and JND Legal Administration's Consolidated Motion to Dismiss Plaintiffs' consolidated class action complaint (Dkt.123), the response thereto, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED** and Plaintiffs' claims are dismissed with prejudice.

Dated: _____

_____
JOHN D. BATES
United States District Judge