**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **IN RE CLASS ACTION SETTLEMENT ADMINISTRATION LITIGATION**<br><br>**This Document Relates To:**<br>**ALL CASES** | **Misc. Action No. 25-00179 (JDB)**<br>**MDL Docket No. 3162** |

**DECLARATION OF PAUL H. LAZAROW IN SUPPORT OF BANK DEFENDANTS'**
**MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION**
**COMPLAINT**

I, Paul H. Lazarow, declare as follows:

1. I am an attorney admitted to practice in the State of California and the Northern District of California. I am an associate at Sullivan & Cromwell LLP, and I represent Defendant Western Alliance Bank ("Western Alliance"). I filed a Notice of Appearance with this Court on January 14, 2026, Dkt. 23, pursuant to Initial Procedure Order No. 1 ¶ 17, Dkt. 8. I have personal knowledge of the facts stated in this declaration and I can testify competently to them if called upon to do so.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a webpage on the public website of the Federal Deposit Insurance Corporation, found after searching the "FDIC BankFind Suite" for "Western Alliance Bank," available at https://banks.data.fdic.gov/bankfind-suite/bankfind/details/57512, last visited July 17, 2026.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Exhibit 3.1 of Esquire Financial Holdings Inc.'s ("Esquire") Form S-1, filed with the SEC on May 31, 2017.

4. Attached hereto as **Exhibit 3** are excerpts of a true and correct copy of Esquire's Form 8-K, filed with the SEC on March 12, 2026 and dated March 11, 2026.

-2-

5.      Attached hereto as **Exhibit 4** are excerpts of a true and correct copy of the Office of Comptroller of the Currency's ("OCC") Handbook for Custody Services, available at the OCC's public    website,    https://www.occ.gov/publications-and-resources/publications/comptrollers-handbook/files/custody-services/index-custody-services.html, last accessed July 17, 2026.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 17th day of July, 2026.

Paul H. Lazarow