# Exhibit 1

Home  >  Resources  >  Data Tools  >  BankFind Suite  >  Find Insured Banks

Help

< 🏛 BankFind Suite Home      |      Back to Search Results

# Western Alliance Bank

**Download Results**

Data as of 07/10/2026

| Institution Details | Locations | History | Financials | Other Names |

## Institution Details



**FDIC Insured**
Since 02/03/2003

**FDIC Cert #**
57512

**Established**
02/03/2003

**Bank Charter Class**
State Chartered Banks, member of the Federal Reserve System (FRS)

**Primary Federal Regulator**
Federal Reserve Board

**Secondary Federal Regulator**
CFPB

**Corporate Headquarters**
1 E Washington St
Phoenix, AZ 85004

**Primary Website**
www.westernalliancebancor…

**Locations**
38 domestic locations: 6 states and 0 territories.
0 in foreign locations.

**Consumer Assistance**
Federal Reserve Consumer H…

**Contact the FDIC**
Questions about Bank Information

### Other Institution Identifiers used by Regulatory Agencies

| Identifier Name (Hover for description) | | Identifier Value |
| --- | --- | --- |
| FDIC Unique Number (UNINUM) | ? | 364554 |
| FRB ID (RSS-ID) | ? | 3138146 |
| FRB ID for Bank Holding Company (RSSDHCR) | ? | 2349815 |