# Exhibit 4



As of May 17, 2012, this guidance applies to federal savings associations in addition to national banks.*

Comptroller of the Currency
Administrator of National Banks

# Custody Services

## Comptroller's Handbook

### January 2002.

*References in this guidance to national banks or banks generally should be read to include federal savings associations (FSA).  If statutes, regulations, or other OCC guidance is referenced herein, please consult those sources to determine applicability to FSAs.  If you have questions about how to apply this guidance, please contact your OCC supervisory office.

**References to reputation risk have been removed from this booklet as of March 20, 2025. Removal of reputation risk references is identified by a strikethrough. Refer to OCC Bulletin 2025-4.**



AM
Asset Management

As of May 17, 2012, this guidance applies to federal savings associations in addition to national banks.*

# Custody Services                  Table of Contents

**OVERVIEW** ............................................................................................... 1
    Background ............................................................................................ 1
        The Custody Services Industry ............................................................ 1
        Services Provided by a Custodian ...................................................... 1
    Risks Associated with Custody Services ................................................ 2
        Transaction Risk ............................................................................... 3
        Compliance Risk .............................................................................. 3
        Credit Risk........................................................................................ 4
        Strategic Risk ................................................................................... 5
        Reputation Risk ............................................................................... 5
    Risk Management .................................................................................. 6
        Operational Controls ........................................................................ 6
        Account Acceptance and Monitoring................................................. 7
        Management Information Systems ..................................................... 8
    Board and Management Supervision....................................................... 9
        Staffing ............................................................................................ 9
        Compliance...................................................................................... 9
    Global Sub-Custodian Network ........................................................... 13
        Due Diligence - Markets................................................................. 13
        Due Diligence - Sub-Custodian banks.............................................. 13
    Safekeeping and Settlement ................................................................. 14
        Safekeeping of Custody Assets ........................................................ 15
        Settlement of Securities Transactions ............................................... 17
        Reporting and Recordkeeping.......................................................... 21
        Cash Management ........................................................................... 22
        Foreign Exchange ........................................................................... 22
    Securities Servicing............................................................................. 23
        Income Collection .......................................................................... 23
        Corporate Actions........................................................................... 24
        Tax Reclaims .................................................................................. 25
    Securities Lending ............................................................................... 26
        The Evolution of Securities Lending Markets ..................................... 27
        The Role of Bank Custodians .......................................................... 27
        The Securities Lending Transaction.................................................. 28
        Due Diligence Considerations ......................................................... 29
        Law and Taxation Matters............................................................... 32

As of May 17, 2012, this guidance applies to federal savings associations in addition to national banks.*

Collateral Management........................................................ 33
Securities Lending Operations ........................................... 35
International Securities Lending........................................ 36
Other Value-Added Services................................................... 36
Risk Measurement and Management ................................ 37
Compliance Monitoring..................................................... 37
Performance Measurement ............................................... 37
Banks as Users of Custody Services......................................... 37
Document Custody Services ..................................................... 38

# EXAMINATION PROCEDURES

General Procedures .............................................................41
Quantity of Risk..................................................................43
Quality of Risk Management...............................................47
Conclusions .......................................................................65

# APPENDICES

A.    Glossary .......................................................................69
B.    Corporate Actions.........................................................87
C.    Investment Company Act of 1940 Custody Rules...............91
D.    New York Stock Exchange Rule 387 ...............................98

# REFERENCES

REFERENCES ...................................................................................103

As of May 17, 2012, this guidance applies to federal savings associations in addition to national banks.*

rely on its sub-custodian to understand and comply with local laws and regulations.  Local laws may address such issues as:

- *Fiduciary capacity*.  A custodian may be considered to be a fiduciary under law in some jurisdictions.
- *Unclaimed property*.  Most states have an unclaimed property law.  These provisions may require a custodian to escheat unclaimed property to the state.  ERISA preempts state unclaimed property laws for retirement plan assets.  Globally, unclaimed property laws vary widely.
- *Taxation*.  Countries' tax policies on investment income and capital gains differ.  The United States may have tax treaties with other countries that provide tax relief.
- *Money laundering or suspicious activity*.  To prevent money laundering and other illegal activities, a wide range of laws and regulations exist that may require banks to identify customers and report suspicious activities.
- *Reporting and recordkeeping*.  A custodian may be subject to regulatory reporting and recordkeeping requirements in the countries in which it offers services.

Global custodians operate in multiple regulatory environments.  They must have an effective process in place to identify regulatory and market changes and ensure continued compliance.

**Securities Transactions**

12 CFR 12 establishes minimum recordkeeping and confirmation requirements for securities transactions handled by national banks.  The regulation also requires that banks establish policies and procedures covering supervision of securities transactions and reporting of personal transactions.

**Shareholder Communications**

The Shareholder Communications Act and implementing SEC regulations address banks' proxy processing.  The objective of these rules is to ensure that beneficial owners of securities are provided proxy material and other corporate communications in a timely manner.

**Mutual Funds**

The Investment Company Act of 1940 and 17 CFR 240.17f address the custody of investment company (mutual fund) assets.  In 2000, the SEC revised rule 17f-5, which addresses custody of fund assets outside the United States, and added a rule 17f-7 to address custody of fund assets with foreign

As of May 17, 2012, this guidance applies to federal savings associations in addition to national banks.*

securities depositories.  For the complete text of the final rule, refer to appendix C.

**Retirement Plan Assets**
A bank providing custody for retirement plan assets may have additional duties under the Employee Retirement Income Security Act (ERISA).  What follows are examples of ERISA's implications in the custody services area:

- The Department of Labor (DOL) approved a class exemption relating to foreign exchange transactions of employee benefit plans.  Prohibited Transaction Exemption (PTE) 98-54 is a class exemption that permits certain foreign exchange transactions between employee benefit plans and certain banks and broker-dealers that are parties in interest with respect to such plans, pursuant to standing instructions from an independent fiduciary of the plan.
- In Harris Trust v. Salomon Smith Barney, 530 U.S. 238 (2000), the Supreme Court held that section 502(a)(3) authorizes a "participant, beneficiary, or fiduciary" of a plan to bring a civil action against a nonfiduciary "party in interest" to redress violations of ERISA. Refer to the Supreme Court decision for further information.
- The DOL also issued class exemptions relating to securities lending in ERISA accounts.  See "Securities Lending" below.

Laws or regulations of other countries may also apply to the custodian or the sub-custodian when pension assets of another country are held in custody.

**Fiduciary Activities**
Custody is generally not considered a fiduciary capacity under 12 CFR 9. However, a custodian may perform functions that are fiduciary in nature.  For example, a custodian exercising discretion in managing a securities lending cash collateral pool would be acting in a fiduciary capacity and must comply with the relevant provisions of 12 CFR 9.

**Anti-Money Laundering Recordkeeping and Reporting**
31 CFR 103 addresses bank recordkeeping and reporting requirements for certain financial transactions.  Records are required to be maintained for many transaction types including wire transfers, deposit account activity, and certain extensions of credit.  Reporting requirements include suspicious activities, currency transactions, and reports of foreign financial accounts.  In addition, 12 CFR 21 requires that banks establish a program for monitoring

As of May 17, 2012, this guidance applies to federal savings associations in addition to national banks.*

Bank Secrecy Act compliance.  For additional information on Bank Secrecy Act and anti-money laundering compliance issues, refer to the "Bank Secrecy Act/Anti-Money Laundering" booklet of the *Comptroller's Handbook*.

## Securities Lending

Securities lending activities of national banks are subject to the requirements of Banking Circular 196, "Securities Lending."  This issuance establishes guidelines for securities lending programs, as endorsed by the FFIEC.  Securities lending activities of national banks are addressed in the "Securities Lending" section of this booklet.

The Department of Labor approved a class exemption relating to securities lending transactions by employee benefit plans.  Prohibited Transaction Exemption (PTE) 81-6 and 82-63 establish specific conditions, which if followed, create a class exemption that permits employee benefit plans to lend securities to banks and broker-dealers that are parties in interest with respect to such plans.

## Free-Riding in Custody Accounts

Free-riding, also known as day-trading, is the practice of buying and selling securities, usually on the same day, with the intention of paying for the purchase from the proceeds of the sale.  The person doing the trading sets up a custody account at a bank and advises the broker that payments for trades will be made through the custody account.  The free-rider generally has little or no money at risk.  If the money is not in the account when the securities are delivered in a DVP transaction, the bank that completes the transaction creates a temporary overdraft and an extension of credit that is subject to the margin requirements in Regulation U (12 CFR 221).  Free-riding schemes frequently involve initial public offerings.

Banking Circular 275, "Free Riding in Custody Accounts," alerts national banks to potential free-riding problems and risks.  Banks that permit free-riding risk violation of Regulation U, or aiding and abetting violations of Regulation X (12 CFR 224) or Regulation T (12 CFR 220), as well as assuming the risk that the funds advanced to settle a transaction may not be recoverable from the customer.  Banks should ensure that procedures for accepting new accounts include an inquiry into transactions identified in Banking Circular 275.  Credit lines should be considered for any account that engages in this activity.