**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE CLASS ACTION SETTLEMENT ADMINISTRATION LITIGATION | Misc. Action No. 25-179 (JDB); MDL Docket No. 3162 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**DECLARATION OF TYLER M. DATO IN SUPPORT OF BANK
DEFENDANTS' MOTION TO DISMISS PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT**

I, Tyler M. Dato, declare as follows:

1.      I am an attorney admitted to practice in the state of New York and in the Southern District of New York. I am an associate at Winston Taylor LLP, and I represent Defendant The Huntington National Bank ("Huntington"). I filed a Notice of Appearance with this Court on June 9, 2026, Dkt. 127, pursuant to Initial Procedure Order No. 1 ¶ 17, Dkt. 8. I have personal knowledge of the facts stated in this declaration and I can testify competently to them if called upon to do so.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of Huntington's "Banking Handbook for Settlement Funds," publicly available on Huntington's website, https://www.huntington.com/-/media/pdf/commercial/national-settlements/national-settlement-handbook.pdf.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 17th day of July, 2026.

_____
Tyler M. Dato