IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE CLASS ACTION SETTLEMENT ADMINISTRATION LITIGATION**<br><br>**This Document Relates To:**<br>**ALL CASES** | **Misc. Action No. 25-00179 (JDB)**<br>**MDL Docket No. 3162** |

**[PROPOSED] ORDER**

Upon consideration of the Bank Defendants' Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint filed by Defendants Western Alliance Bank and The Huntington National Bank, and the memorandum of points and authorities, the opposition and reply papers, and other materials filed by the parties with respect thereto, it is hereby ORDERED that the Motion to Dismiss is **GRANTED**; and it is further ORDERED that all claims asserted against Defendants Western Alliance Bank and The Huntington National Bank in the Consolidated Class Action Complaint are DISMISSED WITH PREJUDICE pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Date: _____          _____

The Hon. John D. Bates
United States District Judge