**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE CLASS ACTION SETTLEMENT ADMINISTRATION LITIGATION**<br>---------------------------------------------------------<br>**This Document Relates To: ALL CASES** | **Misc. Action No. 25-179 (JDB); MDL Docket No. 3162** |

**JOINT STATUS REPORT**

Pursuant to Case Management Order No. 2 ("CMO") [ECF No. 153], the parties respectfully submit this Joint Status Report outlining the agenda for the September 23, 2026 Case Management Conference.

**1. RULE 26(F) OBLIGATIONS**

The parties' Rule 26(f) obligations are the subject of separate briefing currently before the Court. Pursuant to the Court's August 26, 2026 Order, plaintiffs filed their opening brief on September 8, 2026; defendants' opposition is due September 18, 2026; and plaintiffs' reply is due September 22, 2026 at 12:00 p.m. ET. The parties respectfully submit that Rule 26(f) obligations will be fully briefed by the time of the Conference.

**2. EARLY DISCOVERY DOCUMENT PRODUCTION**

Following the Court's July 29, 2026 Case Management Order No. 2 [ECF No. 153], the parties have continued to confer regarding the scope of Early Discovery and the status of defendants' document productions. Defendants represent that, consistent with the Court's order extending the Early Discovery completion deadline to October 1, 2026, they are engaged in ongoing productions and will complete their productions of responsive documents by that deadline.

### 3. Proposed Discovery and Class Certification Schedules

Case Management Order No. 2 states that the Court "will defer setting a general discovery and class certification motion schedule in this case pending resolution of the motion to dismiss," but directs the parties to attach to this Joint Status Report a proposed schedule or schedules to govern further proceedings following resolution of the motion to dismiss. The parties have conferred but were unable to reach agreement and attach their respective proposed schedules hereto: Exhibit A (Defendants' Proposed Schedule) and Exhibit B (Plaintiffs' Proposed Schedule). The parties' schedules reflect two discrete areas of dispute. *First*, the parties dispute whether the schedule should include a defined deadline by which each party must substantially complete its document production, accompanied by a written certification. *Second*, the parties dispute when class certification briefing should commence. The parties address these disputes in greater detail in their July 20, 2026 Joint Status Report [ECF No. 151]. If the Court wishes additional briefing on either dispute, the parties are prepared to submit it on a schedule that the Court directs.

*/s/Chris Seeger*
Christopher A. Seeger
Seeger Weiss LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: 212-584-0700
cseeger@seegerweiss.com

Shauna Itri
Seeger Weiss LLP
325 Chestnut Street
Suite 917
Philadelphia, PA 19106
Telephone: 267-973-4265
sitri@seegerweiss.com

*Plaintiffs' Lead Counsel*

David Boies
Adam Shaw
BOIES SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
914-749-8201
Email: dboies@bsfllp.com

Bryan F. Aylstock
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ
17 E. Main St
Ste 200
Pensacola, FL 32502
850-202-1010
Email: baylstock@awkolaw.com

Kiley Grombacher
BRADLEY/GROMBACHER, LLP
31365 Oak Crest Drive,
Suite 240
Westlake Village, CA 91361
805-270-7100
Email:
kgrombacher@bradleygrombacher.com

*/s/Albinas Prizgintas*
Albinas Prizgintas
Wilmer Cutler Pickering
Hale and Dorr llp
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: 202-663-6000
albinas.prizgintas@wilmerhale.com

Sonal N. Mehta
Wilmer Cutler Pickering
Hale and Dorr llp
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: 650-858-6000
sonal.mehta@wilmerhale.com

Denis R. Hurley
Wilmer Cutler Pickering
Hale and Dorr llp
7 World Trade Center
250 Greenwich St.
New York, NY
Telephone: 202-230-8800
denis.hurley@wilmerhale.com

*Attorneys for Defendants Epiq Systems, Inc. and Epiq Class Action & Claims Solutions, Inc.*

*/s/ J. Gordon Cooney*
J. Gordon Cooney, Jr.
Franco A. Corrado
William T. McEnroe
Matthew D. Klayman
Morgan, Lewis & Bockius LLP
2222 Market Street
Philadelphia, PA 19103
Telephone: 215-963-5000
gordon.cooney@morganlewis.com
franco.corrado@morganlewis.com
william.mcenroe@morganlewis.com
matthew.klayman@morganlewis.com

Eric Lechtzin
EDELSON LECHTZIN LLP
411 S. State Street
Suite N-300
Newtown, PA 18940
(888) 758-5595
Email: elechtzin@edelson-law.com

David S. Stone
STONE & MAGNANINI LLP
400 Connell Drive,
Suite 6200
Berkeley Heights, NJ 07922
(973) 218-1111
Email: dstone@smcomplex.com

*Plaintiffs' Executive Committee*

Randall M. Levine
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202-373-6541
randall.levine@morganlewis.com

*Attorneys for Defendant Angeion Group LLC*

*/s/ David J. Weiner*
David J. Weiner
Robert J. Katerberg
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave, NW
Washington, DC 20001
Telephone: 202-942-5000
david.weiner@arnoldporter.com
robert.katerberg@arnoldporter.com

Eskander Alex Beroukhim
Arnold & Porter Kaye Scholer LLP
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017-5844
Telephone: 213-243-4059
Alex.Beroukhim@arnoldporter.com

*Attorneys for Defendant JND Legal Administration*

*/s/ Scott Ahmad*
Scott Ahmad
Reid Smith
Winston Taylor LLP
300 N. LaSalle Dr.
Chicago, IL 60654-3406
Telephone: 312-558-5600
scott.ahmad@winstontaylor.com
reid.smith@winstontaylor.com

*Attorneys for Kroll Settlement Administration LLC*

_/s/Brendan P. Cullen_
Brendan P. Cullen
Kyle W. Mach
Paul H. Lazarow
Sullivan & Cromwell LLP
550 Hamilton Avenue
Palo Alto, California 94301
Telephone: 650-461-5600
cullenb@sullcrom.com
machk@sullcrom.com
lazarowp@sullcrom.com

*Attorneys for Defendants Western Alliance Bank and Digital Settlement Technologies LLC*

_/s/ Amanda L. Groves_
Amanda L. Groves
Winston & Taylor LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213-615-1700
Amanda.Groves@winstontaylor.com

Jeffrey L. Kessler
George E. Mastoris
Tyler M. Dato
Winston & Taylor LLP
200 Park Avenue
New York, New York 10166
Telephone: 212-294-6700
Jeffrey.Kessler@winstontaylor.com
George.Mastoris@winstontaylor.com
Tyler.Dato@winstontaylor.com

Lauren E. Duxstad
Winston & Taylor LLP
200 S. Biscayne Boulevard, Suite 2400
Miami, Florida 33131
Telephone: 305-910-0500
Lauren.Duxstad@winstontaylor.com

*Attorneys for The Huntington National Bank*

*/s/ David J. Lender*
David J. Lender
Gregory Silbert
Joseph R. Rausch
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
David.Lender@weil.com
Greg.Silbert@weil.com
Joe.Rausch@weil.com

*Counsel for Defendant Blackhawk Network Holdings, Inc.*

*/s/ Jess M. Krannich*
Jess M. Krannich
John A. Pearce
Paul J. Sampson
Rebecca J. Nelson
W. Bradford Barber
Wilson Sonsini Goodrich & Rosati
95 S State Street, Suite 1000
Salt Lake City, Utah 84111
Telephone: (801) 401-8510
Facsimile: (866) 974-7329
jkrannich@wsgr.com
jpearce@wsgr.com
psampson@wsgr.com
rnelson@wsgr.com
bbarber@wsgr.com

*Counsel for Defendant Tremendous, LLC*