# EXHIBIT A

## Defendants' Proposed Schedule

| Event | Date |
|---|---|
| Defendants answer any claims surviving the motions to dismiss | 60 days after a ruling by the Court, if any, denying Defendants' motions to dismiss, provided that if the Court grants any part of Defendants' motions to dismiss with leave to replead, Defendants need not answer until 60 days after either Plaintiffs give notice that they do not intend to replead, or the further amended complaint survives any further Rule 12 motions |
| Discovery opens | Upon the filing of Defendants' answer(s). Defendants reserve the right to object to particular requests that would be relevant or proportional only if a class is certified. |
| Motion for class certification and class-certification expert disclosures and reports Plaintiffs intend to rely on in support of their motion for class certification | 210 days after Defendants' answer(s) and after discovery opens |
| Opposition to class certification, class-certification expert disclosures and reports Defendants intend to rely on in opposition to class certification, and *Daubert*/Rule 702 motions as to Plaintiffs' class-certification expert reports | 90 days after Plaintiffs' motion for class certification |
| Reply in support of class certification and *Daubert*/Rule 702 motions as to Defendants' class-certification expert reports | 45 days after Defendants' opposition to Plaintiffs' motion for class certification |
| Deadline for fact discovery | 345 days after discovery opens |

Defendants further propose that, within 14 days after the Court's ruling on the class certification motion, the parties shall file a Joint Status Report proposing the remaining dates set forth below and addressing whether the parties contend that additional fact discovery is necessary. The following deadlines shall run from the date of the Court's ruling on the class certification motion:

| **Event** | **Date** |
|---|---|
| Merits expert reports, party with the burden | 90 days after the ruling on class certification |
| Rebuttal expert reports, party without the burden | 90 days after merits expert reports, party with the burden |
| Expert discovery cut-off | 60 days after rebuttal expert reports |
| Dispositive motions and *Daubert*/Rule 702 motion deadline | 60 days after the expert discovery cut-off (without prejudice to any party bringing a dispositive motion earlier) |
| Oppositions to all *Daubert*/Rule 702 motions and dispositive motions | 60 days after dispositive motions |
| Replies in support of *Daubert*/Rule 702 motions and dispositive motions | 30 days after oppositions to dispositive motions |

Defendants agree with Plaintiffs that the Court should set a trial schedule, if any, including the final pretrial conference and trial dates, after its ruling on any dispositive motions.