**EXHIBIT B**

**Plaintiffs' Proposed Schedule**

| Event | Date |
|---|---|
| General Discovery Opens | 14 days after a ruling by the Court, if any, denying Defendants' motions to dismiss. |
| Substantial completion of document production.<br><br>"Substantial completion document production" means that all relevant sources of documents have been reviewed, responsive documents have been identified and reviewed, and those documents have been disclosed; the parties have the documents they need to fully understand the facts of this case, conduct depositions, and engage in other, non-documentary discovery as well as motions practice and trial. The producing party shall serve a written certification of substantial completion on or before this deadline." | 150 days from opening of general discovery. |
| Fact Depositions Complete. | 180 days after substantial completion of document production. |
| Deadline for Plaintiffs to file a motion for class certification and disclose, pursuant to Fed. R. Civ. P. 26(a)(2), all class certification experts, and all class certification reports they intend to rely on in support of their motion for class certification.<br><br>Such disclosure shall not constitute a waiver of Plaintiffs' right to: (i) use such experts at trial; or (ii) supplement such experts' reports with additional merits opinions following the Court's ruling on class certification. Plaintiffs' expressly reserve the right to disclose additional merits-only experts following the class certification ruling pursuant to the merits expert schedule set forth herein. | 90 days after Fact Depositions Complete. |
| Deadline for Defendants to file their brief(s) in opposition to Plaintiffs' motion for class certification and disclose, pursuant to Fed. R. Civ. P. 26(a)(2), all class certification experts and all class certification reports by they intend to rely on in opposition to class certification. | 90 days from Plaintiffs' motion for class certification. |
| Deadline for Plaintiffs to file a reply brief in support of their motion for class certification and shall disclose, pursuant to Fed. R. Civ. P. 26(a), rebuttal experts and reports in support of class certification reply brief. | 60 days from Defendant's opposition to Plaintiffs' motion for class certification. |
| Close of fact discovery. | 90 days after class certification decision. |

| | |
|---|---|
| The filing of a Rule 23(f) petition shall not automatically stay this schedule. Any party seeking a stay must separately move before the applicable Circuit Court. | |
| Deadline for expert witness reports for all merits experts, non-class certification issues. | 90 days after class certification decision. |
| Deadline for rebuttal expert reports for all merits, non-class certification issues. | 90 days after expert disclosures. |
| Deadline for expert discovery.<br><br>Each expert witness shall be subject to one deposition not to exceed 7 hours, absent agreement of the parties or leave of Court. | 60 days after rebuttal expert disclosures. |
| Deadline for all Daubert/Rule 702 motions and all dispositive motions. | 60 days after close of expert discovery. |
| Deadline for oppositions to all Daubert/Rule 702 motions and all dispositive motions. | 60 days after dispositive motions. |
| Replies ISO Daubert/Rule 702 motions and all dispositive motions. | 30 days after oppositions to dispositive motions. |
| Settlement conference | TBD by Court |
| Pretrial conference | TBD by Court |
| Trial | TBD by Court |