**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE CLASS ACTION SETTLEMENT ADMINISTRATION LITIGATION** | **Misc. Action No. 25-179 (JDB);**<br>**MDL Docket No. 3162** |
| **THIS DOCUMENT RELATES TO:**<br>**ALL ACTIONS** | |

**DECLARATION OF PAUL H. LAZAROW IN SUPPORT OF DEFENDANTS' OPPOSITION BRIEF REGARDING DEFENDANTS' RULE 26(f) OBLIGATIONS**

I, Paul H. Lazarow, declare as follows:

1. I am an attorney admitted to practice in the State of California and the Northern District of California. I am an associate at Sullivan & Cromwell LLP, and I represent Defendants Western Alliance Bank ("Western Alliance") and Digital Settlement Technologies LLC ("Digital Disbursements"). I filed a Notice of Appearance with this Court on January 14, 2026, Dkt. 24, pursuant to Initial Procedure Order No. 1 ¶ 17, Dkt. 8. I have personal knowledge of the facts stated in this declaration and I can testify competently to them if called upon to do so.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Defendant Angeion Group, LLC's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1), dated June 15, 2026.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Rule 26(a)(1) Initial Disclosures for Defendants Epiq Class Action & Claims Solutions, Inc. and Epiq Systems, Inc., dated June 15, 2026.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Defendant The Huntington National Bank's Rule 26(A)(1) Initial Disclosures, dated June 15, 2026.

5. Attached hereto as **Exhibit 4** is a true and correct copy of Defendant Kroll Settlement Administration LLC's Rule 26(A)(1) Initial Disclosures, dated June 15, 2026.

6. Attached hereto as **Exhibit 5** is a true and correct copy of Defendant Tremendous LLC's Rule 26(a)(1) Initial Disclosures, dated June 15, 2026.

7. Attached hereto as **Exhibit 6** is a true and correct copy of Initial Disclosures of Defendants Western Alliance Bank and Digital Settlement Technologies LLC, dated June 15, 2026.

8. Attached hereto as **Exhibit 7** is a true and correct copy of a July 23, 2026 letter sent by email from Franco Corrado, counsel for Angeion Group, LLC, to Shauna Itri.

9. Attached hereto as **Exhibit 8** is a true and correct copy of a July 23, 2026 letter sent by email from Albinas Prizgintas, counsel for Epiq Class Action & Claims Solutions and Epiq Systems, Inc., to Shauna Itri.

10. Attached hereto as **Exhibit 9** is a true and correct copy of a July 23, 2026 letter sent by email from John Pearce, counsel for Tremendous LLC, to Shauna Itri.

11. Attached hereto as **Exhibit 10** is a true and correct copy of a July 23, 2026 email from Paul H. Lazarow, counsel for Western Alliance and Digital Disbursements, to Shauna Itri, et al., with the subject line: "In re Class Action Settlement Administration Litigation, Misc. Action No. 25-179 (JDB) – Western Alliance Bank and Digital Disbursements."

12. Attached hereto as **Exhibit 11** is a true and correct copy of a July 23, 2026 letter sent by email from Scott Ahmad, counsel for Kroll Settlement Administration, LLC and Kroll, LLC, to Shauna Itri.

13. Attached hereto as **Exhibit 12** is a true and correct copy of a July 23, 2026 letter sent by email from Jeffrey Kessler, counsel for The Huntington National Bank, to Shauna Itri.

14. Attached hereto as **Exhibit 13** is a true and correct copy of an August 21, 2026 letter sent by email from Albinas Prizgintas, counsel for Epiq Class Action & Claims Solutions and Epiq Systems, Inc., to Shauna Itri.

15. Attached hereto as **Exhibit 14** is a true and correct copy of an August 21, 2026 letter sent by email from Amanda Groves, counsel for The Huntington National Bank, to Shauna Itri.

16. Attached hereto as **Exhibit 15** is a true and correct copy of an August 21, 2026 letter sent by email from Scott Ahmad, counsel for Kroll Settlement Administration, LLC and Kroll, LLC, to Shauna Itri.

17. Attached hereto as **Exhibit 16** is a true and correct copy of an August 21, 2026 letter sent by email from Paul Lazarow, counsel for Western Alliance and Digital Disbursements, to Shauna Itri.

18. Attached hereto as **Exhibit 17** is a true and correct copy of an August 21, 2026 letter sent by email from Franco Corrado, counsel for Angeion Group, LLC, to Shauna Itri.

19. Attached hereto as **Exhibit 18** is a true and correct copy of an August 21, 2026 letter sent by email from John Pearce, counsel for Tremendous LLC, to Shauna Itri.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 18th day of September, 2026.

Paul H. Lazarow

Paul H. Lazarow