UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE CLASS ACTION SETTLEMENT ADMINISTRATION LITIGATION | Misc. Action No. 25-179 (JDB); MDL Docket No. 3162 |
| This Document Relates To: ALL CASES | |

**JND LEGAL ADMINISTRATION'S UNOPPOSED MOTION FOR LEAVE TO FILE 8-PAGE INDIVIDUAL REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**

Pursuant to Local Civil Rule 7(e), Defendant JND Legal Administration ("JND") seeks leave to file an 8-page reply memorandum of points and authorities in support of its motion to dismiss. In support of this motion, JND states as follows:

1. Defendants have moved to dismiss Plaintiffs' Consolidated Class Action Complaint. In addition to motions to dismiss filed on behalf of categories of Defendants, JND filed a short individual motion and brief raising issues unique to JND. ECF Nos. 144, 150-2.

2. The parties previously jointly moved for, and the Court adopted, a briefing format allowing multiple briefs for both sides, with attendant page limits. ECF Nos. 133, 135. That briefing format provided for opening briefs of up to 12 pages and reply briefs of up to 5 pages for Administrator Defendants' individual motions to dismiss. JND, which is one of four Administrator Defendants, advised that "it may need a few additional pages for its individualized opening and reply briefs to adequately cover what JND believes are issues unique to JND, and reserves the right to seek the Court's leave to file such briefs," while Plaintiffs reserved the right to oppose. ECF No. 133 at 2 n.1.

3. JND subsequently moved for, and the Court granted, leave to file a 17-page opening brief. ECF Nos. 150, 153.

4. JND now seeks to file an individual reply of 8 pages, 3 pages more than the 5-page limit under the governing briefing order. JND believes 3 extra pages are needed to adequately respond to Plaintiffs' opposition on several important, dispositive issues specific to JND. JND is mindful of the significant volume of briefing in this case and has made every effort to be as efficient as possible.

5. JND's proposed 8-page reply is lodged with this motion.

6. Pursuant to Local Civil Rule 7(m), counsel for JND conferred with counsel for Plaintiffs regarding this motion. Plaintiffs have advised that they take no position on this motion.

7. JND has also been coordinating with Defendants' Liaison Counsel, who negotiated the stipulation to the current governing page limits. Defendants' Liaison Counsel have confirmed that they have no objection to JND's request and do not see it as interfering in any way with their role and responsibilities in negotiating matters with Plaintiffs' Leadership.

WHEREFORE, JND respectfully requests that the Court grant JND leave to file its proposed 8-page individual reply memorandum of points and authorities in support of its motion to dismiss, lodged with this motion.

Dated: October 30, 2026

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Robert J. Katerberg*
David J. Weiner
Robert J. Katerberg
601 Massachusetts Ave. NW
Washington, D.C. 20001-3743
Tel.: (202) 942-5000
david.weiner@arnoldporter.com
robert.katerberg@arnoldporter.com

E. Alex Beroukhim (*pro hac vice*)
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Tel.: (213) 243-4059
alex.beroukhim@arnoldporter.com

***Counsel for Defendant JND Legal Administration***