**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE CLASS ACTION SETTLEMENT ADMINISTRATION LITIGATION** | **Misc. Action No. 25-179 (JDB);**<br>**MDL Docket No. 3162** |
| **This Document Relates To:**<br>**ALL CASES** | |

**[PROPOSED] ORDER GRANTING JND LEGAL ADMINISTRATION'S UNOPPOSED MOTION FOR LEAVE TO FILE 8-PAGE INDIVIDUAL REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**

This matter is before the Court on Defendant JND Legal Administration's Unopposed Motion for Leave to File 8-Page Individual Reply Memorandum of Points and Authorities in Support of its Motion to Dismiss. Upon consideration of the motion and the entire record herein, it is **HEREBY ORDERED** that the Motion is **GRANTED.** It is further **ORDERED** that JND Legal Administration is granted leave to file the 8-page individual reply memorandum of points and authorities in support of its motion to dismiss.

DATED: ____________________

______________________________
Hon. John D. Bates
United States District Judge