**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE CLASS ACTION SETTLEMENT ADMINISTRATION LITIGATION** | **Misc. Action No. 25-179 (JDB); MDL Docket No. 3162** |
| **This Document Relates To: ALL CASES** | |

**REPLY DECLARATION OF ROBERT J. KATERBERG IN SUPPORT OF JND LEGAL ADMINISTRATION'S MOTION TO DISMISS**

I, Robert J. Katerberg, declare as follows:

1. I am a partner at the law firm Arnold & Porter Kaye Scholer LLP and counsel for Defendant JND Legal Administration ("JND") in the above-captioned litigation. I am admitted to practice in the District of Columbia and in this Court. I submit this reply declaration in support of JND's Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint.

2. Attached hereto as **Exhibit A** is the Response of Non-Party JND Legal Administration to Plaintiffs' Motion for Order to Disclose Information, filed on July 24, 2026 as ECF No. 1294 in *In re Equifax Inc. Customer Data Security Breach Litigation*, MDL No. 2800, No. 1:17-md-02800-TWT (N.D. Ga.).

3. On September 22, 2026, the following text-only docket entry appeared in the *Equifax* docket: "Submission of 1293 MOTION for Order - Plaintiffs' Motion for Order to Disclose Information Related to Legal Administration to District Judge Thomas W. Thrash Jr."

I declare under penalty of perjury that the above is true and correct to the best of my knowledge, information, and belief.

Dated: October 30, 2026

/s/ *Robert J. Katerberg*
Robert J. Katerberg (D.C. Bar 466325)